302 U.S. 728
 58 S.Ct. 49
 82 L.Ed. 562
 Albert GOODMAN, petitioner,
v.
The PEOPLE OF THE STATE OF ILLINOIS, ex rel. The CHICAGO BAR ASSOCIATION.
 No. 351.
 Supreme Court of the United States
 October 11, 1937
 
 Mr. John B. Boddie, of Chicago, Ill., for petitioner.
 
 
 1
 For opinion below, see 366 Ill. 346, 8 N.E.(2d) 941, 111 A.L.R. 1.
 
 
 2
 Petition for writ of certiorari to the Supreme Court of the State of Illinois denied.
 
 
 3
 Rehearing denied 302 U.S. 777, 58 S.Ct. 138, 82 L.Ed. ——.